JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. CV 19-7449 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AIDA A. BAHARIAN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Chris Langer and against defendants Aida Baharian and Okoot, Inc.

2. Defendants Aida Baharian and Okoot, Inc., who are jointly and severally liable, shall pay plaintiff the total amount of six-thousand, eight-hundred and ninety-three dollars and twenty-five cents ($6,893.25).

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 29th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge